UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK,
by ANDREW M. CUOMO, ATTORNEY GENERAL
OF THE STATE OF NEW YORK,

      Plaintiff,

--against--            Case No. 10 cv 3077 (JBW)(VVP)

GOLDEN TOUCH MANAGEMENT; 1650    **ANSWER OF DEFENDANT**
REALTY ASSOCIATES; and HARRY PUPOVIC,  **HARRY PUPOVIC**

      Defendants.

---------------------------------------------------------------X

  Defendant Harry Pupovic ("Mr. Pupovic") hereby files the within Answer to the Plaintiff's Complaint, and in support thereof represents as follows:

  1.  Denies the allegations set forth in paragraph 1 of the Complaint, but admits that this action purports to be brought against Defendants in connection with rental practices at 1648-50 Ocean Parkway, Brooklyn, New York (the "Premises").

  2.  Denies the allegations set forth in paragraphs 2, 8, 16-18, 20-21, 23-24, 26-30, 32-33, 35-38 and 40-41 of the Complaint.

  3.  Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs 5-7, 12-13, and 15 of the Complaint.

  4.  Denies the allegations set forth in paragraph 11 of the Complaint, but admits that Pupovic was the superintendent at the Premises, and that while serving as the superintendent, Mr. Pupovic would distribute lease application forms.

5. Neither admits nor denies the allegations set forth in paragraphs 3, 4, 9, 10, 14, 19, 22, 25, 31, 34 and 39 of the Complaint, as such allegations are conclusory statements of statutory law or refer to matters of public record.

Dated: New York, New York
       August 25, 2010

Law Office of Ronald B. Weisenberg, P.C.

By: _____
Ronald Weisenberg, Esq. (RW-0460)

167 East 67th St.- Suite 9A
New York, New York 10065
Ph: (212) 233-8510
Fax: (877) 427-1231
rweisenbergesq@gmail.com
Attorneys for Defendant Harry Pupovic